**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7652**

_____

CHRISTOPHER LAMAR JACKSON,

                    Plaintiff - Appellant,

          v.

UNITED STATES OF AMERICA,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.   Timothy M. Cain, District
Judge.  (7:10-cv-02536-TMC)

_____

Submitted:  April 26, 2012          Decided:  April 30, 2012

_____

Before GREGORY, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Christopher Lamar Jackson, Appellant Pro Se.   Elizabeth Jean
Howard, Assistant United States Attorney, Greenville, South
Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Lamar Jackson appeals the district court's order granting the government's motion to dismiss his action seeking the return of personal property. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Jackson's informal brief does not challenge the basis for the district court's disposition, Jackson has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED